# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00184-CV

### In re Gordon Paul Swoyer III

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a motion to dismiss his petition for writ of mandamus, informing the Court that real party in interest has withdrawn the discovery requests that were the subject of the mandamus petition. Accordingly, we grant the motion, dissolve our temporary stay, and dismiss as moot the petition for writ of mandamus.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed: June 10, 2022